

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
### EL PASO

| | | |
|---|---|---|
| SHAWNTRELL DAWKINS, | ) | |
| | ) | No. 08-13-00012-CR |
| Appellant, | ) | |
| | ) | Appeal from the 409th District Court |
| vs. | ) | |
| | ) | of El Paso County, Texas |
| THE STATE OF TEXAS, | ) | |
| | ) | (TC# 20090D05205) |
| State. | ) | |

### O R D E R

The reporter's record in the above styled and numbered cause was due August 6, 2013, the court having granted a third and final extension of time until such date. As of this date the reporter's record has not been filed.

It is therefore ORDERED that the trial judge conduct a hearing to determine whether appellant has been deprived of a reporter's record for any reason, including ineffective assistance of counsel, and to make appropriate findings and recommendations, which may include appointment of new counsel. The record of such hearing, including any orders and findings of the trial judge, shall be certified and forwarded to this office on or before September 13, 2013.

IT IS SO ORDERED this 14th day of August, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.